IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONALD E. TURNER, | CV 07-6154-MA |
| Plaintiff, | J U D G M E N T |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 3__ day of March, 2008.

                                                            /s/   Malcolm F. Marsh
                                                         Malcolm F. Marsh
                                                         United States District Judge

1- JUDGMENT